### James Henry ADUDDLE, Plaintiff–Appellant

### v.

### FORT BEND COUNTY, A Political Subdivision of the State of Texas; Sheriff Milton Wright, Defendants–Appellees.

No. 06–20913
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Dec. 11, 2007.

James Henry Aduddle, Palestine, TX, pro se.

David R. Hurley, County Attorney's Office for the County of Fort Bend, Richmond, TX, for Defendants–Appellees.

Before JOLLY, DENNIS and PRADO, Circuit Judges.

PER CURIAM: *

James Henry Aduddle appeals the district court's dismissal on summary judg-

ment of his 42 U.S.C. § 1983 civil rights suit and its subsequent denial of his motion for relief from judgment. Because Aduddle neither alleges nor shows that the alleged violation of his constitutional right to adequate medical treatment arose from the enforcement of an official policy or custom, the district court did not err in dismissing his claims against Fort Bend County and Sheriff Wright in his official capacity. *See McKinney v. Irving Indep. Sch. Dist.*, 309 F.3d 308, 312 (5th Cir.2002); *Woodard v. Andrus*, 419 F.3d 348, 352 (5th Cir.2005). Aduddle's claim against Sheriff Wright in his individual capacity fails because he offers nothing more than unfounded assertions to establish that Sheriff Wright's actions resulted in the alleged denial of medical treatment. *See Alton v. Texas A & M Univ.*, 168 F.3d 196, 200 (5th Cir.1999). Dismissal is also warranted because Aduddle fails to raise a genuine issue of material fact regarding whether defendants were deliberately indifferent to his medical needs. *See Hare v. City of Corinth, Miss.*, 74 F.3d 633, 643 (5th Cir. 1996).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.